# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**Gerald Johnson** }
                                                 }     11-00247-TBB-13
**Debtor(s)** }

## OBJECTION TO CLAIM

COMES NOW, the Debtor objects to the claim on the following grounds:

| Claim # | Creditor | Amount |
|---|---|---|
| 007 | Real Time Resolutions, Inc as Agent for Check 'N Go<br>PO BOX 566027<br>Dallas, TX 75356 | $2,397.94 |

### BASIS OF OBJECTION

1. The claim was filed after the bar date.

WHEREFORE, Debtor respectfully requests and prays that, after notice, this Honorable Court disallow this claim in full.

                                             ___/s/ Joe S Erdberg_____
                                             **JAFFE & ERDBERG**
                                             **Attorney for Debtor**
                                             **STE 817 Frank Nelson Bldg**
                                             **205 North 20th Street**
                                             **Birmingham, AL  35203**
                                             **(205) 326-6666 FAX (205) 323-7177**

### NOTICE AND CERTIFICATE OF MAILING

I certify that I have served a copy of the above and foregoing Objection to Claim upon the above-listed creditor by U.S mail at the address listed above and upon the Chapter 13 Trustee, through the Court's Electronic Filing System on this the 3rd day of April 2015.

                                                 ____/s/ Joe S Erdberg_____
                                                 Of Counsel